**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Felicia McGee,<br>Plaintiff,<br>v.<br>Growing Minds Preschool,<br>Defendant. | No. CV-26-07271-PHX-KML<br>**ORDER** |

Plaintiff Felicia McGee filed a complaint and an application for leave to proceed in forma pauperis. (Docs. 1, 3.) The application is granted but the complaint is dismissed with leave to amend because it fails to state a claim for relief. 28 U.S.C. § 1915(e)(2)(B)(ii).

The complaint identifies the Growing Minds Preschool as the sole defendant. It appears McGee previously worked for Growing Minds and wishes to pursue Title VII claims for discrimination based on her race and color. (Doc. 1 at 4.) The complaint does not contain any other information explaining the basis for McGee filing this suit.

To pursue a case in federal court, the complaint must "contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (simplified). This is not a "probability requirement," but a requirement that the factual allegations show "more than a sheer possibility that a defendant has acted unlawfully." *Id.* A claim is facially plausible "when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* "Determining whether a complaint states a plausible

claim for relief . . . [is] a context-specific task that requires the reviewing court to draw on its judicial experience and common sense." *Id.* at 679. And "[i]t is not the job of the district courts to make sense of the pleading, to supply facts to support the claim, or to imagine the claims that might fit the facts." *Gibson v. City of Portland*, 165 F.4th 1265, 1289 (9th Cir. 2026).

The current complaint contains no factual allegations and is dismissed. If McGee wishes to file an amended complaint, the amended complaint must set forth factual allegations explaining what Growing Minds did that prompted McGee to file this suit.

**IT IS ORDERED** the Application (Doc. 3) is **GRANTED**.

**IT IS FURTHER ORDERED** the complaint (Doc. 1) is **DIMISSED WITH LEAVE TO AMEND**. No later than **October 21, 2026**, plaintiff shall file an amended complaint containing factual allegations explaining the basis for filing this suit. The Clerk of Court shall enter a judgment of dismissal with prejudice in the event no amended complaint is filed by that date.

Dated this 7th day of October, 2026.

Krissa M. Lanham

**Honorable Krissa M. Lanham**
**United States District Judge**